IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL LEE,

      Appellant,

 v.

Case No.  5D22-1552
LT Case Nos. 2017-MM-001814
              2017-MM-000757
              2016-MM-006383

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 29, 2022

Appeal from the County Court
for Lake County,
Lawrence J. Semento, Judge.

Michael Lee, Tavares, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.